No. 515. HEART OF ATLANTA MOTEL, INC. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. Joint motion for acceleration of oral argument granted and case set for oral argument on Monday, October 5, 1964. *Moreton Rolleston, Jr.,* for appellant. *Solicitor General Cox, Assistant Attorney General Marshall, Philip B. Heymann* and *Harold H. Greene* for the United States et al. Briefs of *amici curiae,* in support of appellant, were filed by *Robert Y. Button,* Attorney General of Virginia, and *Frederick T. Gray,* Special Assistant Attorney General, for the Commonwealth of Virginia; and by *James W. Kynes,* Attorney General of Florida, and *Fred M. Burns* and *Joseph C. Jacobs,* Assistant Attorneys General, for the State of Florida. Briefs of *amici curiae,* in support of the United States et al., were filed by *Thomas C. Lynch,* Attorney General of California, *Charles E. Corker* and *Dan Kaufmann,* Assistant Attorneys General, and *Charles B. McKesson* and *Jerold L. Perry,* Deputy Attorneys General, for the State of California; *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Shirley Adelson Siegel,* Assistant Attorney General, for the State of New York; and *Edward W. Brooke,* Attorney General of Massachusetts, for the Commonwealth of Massachusetts.

OCTOBER 10, 1964.

No. 77. FEDERAL CARTRIDGE CORP. *v.* SUPERIOR COURT OF CREEK COUNTY, BRISTOW DIVISION, ET AL. Appeal from the Supreme Court of Oklahoma. Dismissed pursuant to Rule 60 of the Rules of this Court. *James H. Ross* and *John L. Laskey* for appellant. *Grant W. Wiprud* for appellee Espy.